# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

E-filing

DANA ROSS,
On Behalf of Himself and All Others Similarly Situated,

V.

(Please see attached Attachment to Summons)

SUMMONS IN A CIVIL CASE

CASE NUMBER:

**CV 08   1807   VRW**

TO: (Name and address of defendant)

The Above-Named Defendants

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Susan G. Kupfer
GLANCY BINKOW & GOLDBERG LLP
One Embarcadero Center, Suite 760
San Francisco, CA 94111
Telephone: (415) 972-8160

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE April 3, 2008

HELEN L. ALMACEN

_____
(BY) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE |
|---|
| Service of the Summons and Complaint was made by me [1]     DATE |
| Name of SERVER     TITLE |
| *Check one box below to indicate appropriate method of service* |
| ☐    Served Personally upon the Defendant. Place where served: |
| ☐    Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. <br> Name of person with whom the summons and complaint were left: |
| ☐    Returned unexecuted: |
| ☐    Other *(specify):* |

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

| DECLARATION OF SERVER |
|---|
| I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct. |
| Executed on _____      _____ <br>                   *Date*                           *Signature of Server* <br>                                                    _____ <br>                                                    *Address of Server* |

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

|  |  |
|---|---|
| SHORT TITLE: DANA ROSS v. CHUNGHWA PICTURE TUBES, LTD. et al. | CASE NUMBER: |

MC-025

ATTACHMENT (Number): __1__
(This Attachment may be used with any Judicial Council form.)

Page __1__ of __1__
(Add pages as required)

1
2
3  ATTACHMENT TO SUMMONS
4
5  Defendants:
6
7  CHUNGHWA PICTURE TUBES, LTD.
8  LP DISPLAYS INTERNATIONAL, LTD.
9  MATSUSHITA ELECTRIC INDUSTIRAL CO., LTD.
10
11 MT PICTURE DISPLAY CO., LTD.
12 KONINKLIJKE PHILIPS ELECTRONICS NV
13 SAMSUNG SDI CO.
14
15 TOSHIBA CORP.
16 TOSHIBA AMERICA, INC.
17
18
19
20
21
22
23
24
25
26
27 *(If the item that this Attachment concerns is made under penalty of perjury, all statements in this Attachment are made under penalty of perjury.)*

Form Approved for Optional Use
Judicial Council of California
MC-025 [New July 1, 2002]

**ATTACHMENT**
**to Judicial Council Form**

Cal. Rules of Court, rule 982
American LegalNet, Inc. | www.USCourtForms.com