Susan G. Kupfer (Bar No. 141724)
Kathleen S. Rogers (Bar No. 122853)
GLANCY BINKOW & GOLDBERG LLP
One Embarcadero Center, Suite 760
San Francisco, CA  94111
Telephone: (415) 972-8160
Facsimile:  (415) 972-8166
skupfer@glancylaw.com
krogers@glancylaw.com

*Attorneys for Plaintiff Dana Ross
and the Proposed Class*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| DANA ROSS, on behalf of himself and all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>CHUNGHWA PICTURE TUBES, LTD.; LP DISPLAYS INTERNATIONAL, LTD; MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD.; MT PICTURE DISPLAY CO., LTD.; KONINKLIJKE PHILIPS ELECTRONICS NV; SAMSUNG SDI CO.; TOSHIBA CORP.; TOSHIBA AMERICA, INC.,<br>　　　　　Defendants. | Case No.:  3:08-cv-01807-VRW<br><br>Hon. Vaughn R. Walker<br><br>**PLAINTIFF DANA ROSS' CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO LOCAL RULE 3-16** |

1
2
3
4   Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the
5   named parties, there is no such interest to report.
6
7   Dated:  April 4, 2008
8
                                    /s/ Susan G. Kupfer
9                             Susan G. Kupfer (Bar No. 141724)
                              Kathleen S. Rogers (Bar No. 122853)
10                            GLANCY BINKOW & GOLDBERG LLP
                              One Embarcadero Center, Suite 760
11                            San Francisco, CA  94111
                              Telephone: (415) 972-8160
12                            Facsimile:  (415) 972-8166
                              skupfer@glancylaw.com
13                            krogers@glancylaw.com
14
15
16
17
18
19
20
21
22
23
24
25

PLAINTIFF DANA ROSS' CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO LOCAL RULE [2]
3-16
Case No. 3:08-cv-01807-VRW