Case 3:08-cv-01807-SC    Document 6    Filed 05/08/2008    Page 1 of 5

| | |
|---|---|
| 1 | Christopher M. Curran (*pro hac vice*) |
| 2 | ccurran@whitecase.com |
| | George L. Paul (*pro hac vice*) |
| 3 | gpaul@whitecase.com |
| 4 | Lucius B. Lau (*pro hac vice*) |
| | alau@whitecase.com |
| 5 | White & Case LLP |
| 6 | 701 Thirteenth Street, N.W. |
| | Washington, D.C. 20005 |
| 7 | Telephone: (202) 626-3600 |
| 8 | Facsimile: (202) 639-9355 |

*Counsel to Defendants Toshiba America, Inc.,
Toshiba America Information Systems, Inc.,
Toshiba America Consumer Products, L.L.C.,
and Toshiba America Electronic Components, Inc.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC<br>MDL No. 1917 |
| This Document Relates to:<br><br>ALL ACTIONS | **NOTICE OF APPEARANCE OF CHRISTOPHER M. CURRAN** |

   PLEASE TAKE NOTICE that Christopher M. Curran hereby enters his appearance *pro hac vice* in these actions on behalf of defendants Toshiba America, Inc., Toshiba America Information Systems, Inc., Toshiba America Consumer Products, L.L.C., and Toshiba America Electronic Components, Inc. Mr. Curran is admitted to practice and in good standing in the United States District Court for the District of Columbia, among other courts.

NOTICE OF APPEARANCE OF CHRISTOPHER M. CURRAN
Case No. 07-5944 SC
MDL No. 1917

| | | |
|---|---|---|
| 1 | Dated: May 8, 2008 | Respectfully submitted, |
| 2 | | |
| 3 | | **WHITE & CASE** LLP |
| 4 | | By: /s/ Christopher M. Curran |
| 5 | | Christopher M. Curran (*pro hac vice*) |
| 6 | | George L. Paul (*pro hac vice*) |
| 7 | | Lucius B. Lau (*pro hac vice*) |
| 8 | | 701 Thirteenth Street, N.W. |
| 9 | | Washington, D.C. 20005 |
| 10 | | tel.: (202) 626-3600 |
| 11 | | fax: (202) 639-9355 |
| 12 | | *Counsel to Defendants Toshiba America, Inc., Toshiba America Information Systems, Inc., Toshiba America Consumer Products, L.L.C., and Toshiba America Electronic Components, Inc.* |

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

# CERTIFICATE OF SERVICE

*In Re: Cathode Ray Tube (CRT) Antitrust Litigation,*
**Case No. C 07-5944 SC, MDL No. 1917 (N.D. Cal.)**

    I, Ted Booth, legal assistant, declare that I am over the age of eighteen (18) and not a party to the within action. I am employed at the law firm of White & Case LLP, 701 Thirteenth Street NW, Washington DC 20005.

    On May 8, 2008, I filed the foregoing Notice of Appearance of Christopher M. Curran with the Clerk of the Court using the Official Court Electronic Document Filing System, which served copies on all interested parties registered for electronic filing. I also certify that I mailed a true copy of the foregoing document by first-class mail to the following non-CM/ECF participants:

Patrick J. Ahern
Karen Sewell
Roxane Busey
BAKER & MCKENZIE
One Prudential Plaza
130 East Randolph Drive
Chicago IL 60601

Barry J. Bendes
Joseph E. Czerniawski
Anthony J. Viola
EDWARDS ANGELL PALMER & DODGE LLP
750 Lexington Avenue
New York, NY 10022

Anthony J. Bolognese
Joshua H. Grabar
BOLOGNESE & ASSOCIATES, LLC
1500 JFK Boulevard
Philadelphia, PA 19102

White & Case LLP
701 Thirteenth Street, NW
Washington, DC  20005

1  Issac L. Diel
2  SHARP MCQUEEN
   6900 College Boulevard, Suite 285
3  Overland Park, KS 66211
4
   Lori A. Fanning
5  Matthew E. Van Tine
   MILLER LAW LLC
6  115 South LaSalle Street, Suite 2910
7  Chicago, IL 60603
8
   John Gressette Felder, Jr.
9  MCGOWAN HOOD FELDER AND JOHNSON
   1405 Calhoun Street
10 Columbia, SC 29201
11
   Traviss Levine Galloway
12 ZELLE HOFMANN VOELBEL MASON & GETTE
13 44 Montgomery Street, Suite 3400
   San Francisco, CA 94104
14
15 Martin E. Grossman
   LAW OFFICES OF MARTIN E. GROSSMAN
16 2121 Green Brier Drive
17 Villanova, PA 19085
18
   Richard M. Hagstrom
19 ZELLE HOFMANN VOELBEL MASON & GETTE LLP
   500 Washington Avenue South, Suite 4000
20 Minneapolis, MN 55415
21
22 Krishna B. Narine
   SCHIFFRIN & BARROWAY, LLP
23 Three Bala Plaza East, Suite 400
   Bala Cynwood, PA 19004
24
25 Mark Reinhardt
   REINHARDT WENDORF & BLANCHFIELD
26 East 1250 First National Bank Building
27 322 Minnesota Street
   St. Paul, MN 55101
28

NOTICE OF APPEARANCE OF CHRISTOPHER M. CURRAN
Case No. 07-5944 SC
MDL No. 1917
2

```
 1  Jean B. Roth
 2  Lawrence P. Schaefer
    Seymour J. Mansfield
 3  MANSFIELD TANICK & COHEN
 4  1700 U.S. Bank Plaza South
    220 South Sixth Street
 5  Minneapolis, MN 55402-4511
 6
    Roger Martin Schrimp
 7  DAMRELL NELSON SCHRIMP PALLIOS PACHER & SILVA
 8  1601 I Street, 5th Floor
    Modesto, CA 95354
 9
10  Imtiaz A. Siddiqui
    LOVELL STEWART HALEBIAN LLP
11  500 Fifth Avenue
12  New York, NY 10110

13  Donna F. Solen
14  MASON LAW FIRM
    1225 19th Street, NW, Suite 500
15  Washington, DC 20036
16
    John M. Taladay
17  BAKER & HOSTETLER
18  1050 Connecticut Avenue NW
    Washington, DC 20036
19
20  Jonathan Mark Watkins
    THE FURTH FIRM LLP
21  225 Bush Street, 15th Floor
22  San Francisco, CA 94104-4249
23
24                              
                                _____
25                                   Ted Booth
26
27
28
```

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

NOTICE OF APPEARANCE OF CHRISTOPHER M. CURRAN
Case No. 07-5944 SC
MDL No. 1917

3